UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PYUNG JOHNSON,

                Plaintiff,

– against –

MIDLAND CREDIT MANAGEMENT, INC.,
EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION SERVICES,
LLC, *and* TRANS UNION, LLC,

                Defendants.

**ORDER**

23-cv-10831 (ER)

Ramos, D.J.:

    The Court having been advised that all claims against Trans Union, LLC ("Trans Union") have been settled, it is ORDERED, that the above-entitled action is hereby stayed *solely* as to Trans Union, subject to reopening should the settlement not be consummated **within forty-five (45) days** of the date hereof.

    Any application to reopen must be filed **within forty-five (45) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **within the next forty-five (45) days** with a request that the agreement be "so ordered" by the Court.

    The parties are further directed to file a Notice of Voluntary Dismissal of Trans Union **within forty-five (45) days** of the date hereof.

For the avoidance of any doubt, this Order applies only as to Johnson's claims against Trans Union and does not impact Johnson's claims against any other defendant.

SO ORDERED.

Dated:   February 21, 2024
         New York, New York

_____
Edgardo Ramos, U.S.D.J.